Upon consideration of the record, briefs, and argument of counsel, the Court is of opinion that there is no error in the judgment appealed from. Accordingly, for the reasons stated in the memorandum opinion of the Court of Appeals, dated December 31, 1996, the judgment is affirmed. The appellant shall pay to the Commonwealth of Virginia thirty dollars damages.
It is ordered that the Circuit Court of Stafford County allow counsel for the appellant a fee of $625 for services rendered the appellant on this appeal, in addition to counsel’s costs and necessary direct out-of-pocket expenses.
The Commonwealth shall recover of the appellant the amount paid court-appointed counsel to represent him in this proceeding, counsel’s costs and necessary direct out-of-pocket expenses, and the fees and costs to be assessed by the clerk of this Court and the clerk of the court below.
Justice Koontz took no part in the consideration of this case.